No. 13,684.

NATHENSON *v.* CAPITOL LIFE INSURANCE COMPANY.
(54 P. [2d] 1211)

Decided February 3, 1936.   Rehearing denied March 2, 1936.

Judgment affirmed en banc without written opinion, Mr. Justice Hilliard and Mr. Justice Bouck not participating.

Mr. SAMUEL J. FRAZIN, for plaintiff in error.

Mr. WM. E. HUTTON, Mr. BRUCE B. McCAY, for defendant in error.